## NIEMANN v. COLLYER.

(Supreme Court, General Term, Second Department. July 28, 1893.)

ATTORNEY AND CLIENT—COMPENSATION.

Where an attorney is called into important unfinished litigation, to succeed distinguished counsel, who have failed to satisfy the client, it cannot be said that the matters were trivial, and not worthy of compensation.

Appeal from judgment on report of referee.

Action by James P. Niemann against George B. Collyer to recover for professional services rendered by plaintiff as an attor-

ney. From a judgment in favor of plaintiff, defendant appeals. Affirmed.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

McMahon & Handley, (Dennis McMahon, of counsel,) for appellant.

James P. Niemann, (Benjamin W. Downing and Augustus N. Weller, of counsel,) for respondent.

PRATT, J. We do not find any valid exceptions. Only a question of fact is involved, viz. the value of plaintiff's services. The referee has large experience, and his findings are sustained by the evidence. The plaintiff was called into important unfinished litigations, to succeed very distinguished counsel, who had failed to satisfy the client. Under such circumstances, it cannot be successfully contended that the matters were trivial, and not worthy of compensation. Judgment affirmed, with costs.